JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN TYMKIW AND BILL TYMKIW,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY et al,<br><br>Defendants. | Case No. 2:25-cv-08422-SB-AJR<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation (Dkt. No. 22), the Court orders as follows:

1. This action is dismissed in its entirety with prejudice; and
2. All parties shall bear their own attorneys' fees and costs.

Dated: November 18, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge

- 1 -

4898-5575-7689.1